**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: WEST AIRPORT PALMS     Case No.: 13-
       BUSINESS PARK, LLC,
_____Debtor._____/     Chapter 11

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. <u>Date of Order for Relief under chapter 11</u>:

   July 2, 2013;

2. <u>Names, case numbers and dates of filing of related debtors</u>:

   None;

3. <u>Description of debtor's business</u>:

   Developer of a business park condominium;

4. <u>Locations of debtor's operations and whether the business premises are leased or owned</u>:

   West Airport Palms Business Park is located at 2355/65/75/85 NW 70th Avenue, Miami, FL 33122 (directly between the Palmetto Expressway at the NW 25th Street Exit and the Miami International Airport Cargo Hub and the Miami International Airport).

   The 87,554 Gross sq. ft. Project is 100% complete. Of the 63 units within the project, 21 are sold. An additional 14

The Bankruptcy Law Offices of James Schwitalla, P.A.
Park Place II • 12954 SW 133 Court • Miami, FL 33186 • Telephone: (305) 278-0811 • Telecopier (305) 278-0812
www.MiamiBankruptcy.net
LF-93 (rev. 12/01/09)

Page 1 of 6

units, were the subject of various contracts, to be sold for $3.742 Million, but over-secured lender, FIRST CITIZENS BANK & TRUST COMPANY's ("FIRST CITIZENS") refusal to approve the sales caused the buyer of nine (9) of these units (sales prices totaling $1,930,500) to buy elsewhere after the contracts expired. FIRST CITIZENS has continued to refuse to approve the five (5) remaining pending contracts totaling $1,811,500.

Excluding the units subject to the remaining, pending contracts, 37 units remain in the Project inventory. An appraisal by Quinlivan Appraisal, PA, dated June 28, 2013, values the Project at $14,375,000 ($260/Net sq. ft.).

The Appraiser estimates it will take 12 months to sell all the remaining units if FIRST CITIZENS ceases withholding approval for sales of the units. At that rate, it would take only six (6) months to pay FIRST CITIZENS in full;

5. Reasons for filing chapter 11:

   Over-secured lender, FIRST CITIZENS, has refused to approve sales of unit, thus frustrating Debtor's efforts to pay FIRST CITIZENS, and endangering the ability of Debtor to pay unsecured creditor investors;

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   Debtor is an LLC. There are three (3) Members:

   Montero Enterprises, LLC (45%/Managing Member)
   (Sole Member: Alexander Montero)
   Current Salary and Benefits to Mr. Monteros: $8,867/mo.
   2012 Salary and Benefits to Mr. Monteros: $8,867/mo.

   Obregon Group, LLC (45%/Member)
   (Sole Member: Hector Obregon)

Current Salary and Benefits to Mr. Obregon: $8,867/mo.
2012 Salary and Benefits to Mr. Obregon: $8,867/mo.

Cabezas Group, LLC (10%/Member)
(Sole Member: Rosa Cabezas)
Current Salary and Benefits to Ms. Cabezas: None.
2012 Salary and Benefits to Ms. Cabezas: None.

7. <u>Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:</u>

2013 Sales: $           0    2013 Rents: $46,800
2012 Sales: $4,480,231       2012 Rents: $18,000

8. <u>Amounts owed to various creditors:</u>

   a. <u>Obligations owed to priority creditors including priority tax obligations:</u>

      Florida DOR Sales Tax: $4,536

   b. <u>With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims,</u> and

      FIRST CITIZENS BANK & TRUST COMPANY
      (the only secured creditor other than 2012 County
        Tax Certificate Holders on the 42 unsold units)

      $7,157,605 owed

      Per Quinlivan Appraisal, PA, appraisal dated June 28, 2013:

      42 units, comprising 55,294 Net sq.ft.
      Collateral Value:    $14,375,000 ($260/Net sq.ft.)

The Bankruptcy Law Offices of James Schwitalla, P.A.
Park Place II • 12954 SW 133 Court • Miami, FL 33186 • Telephone: (305) 278-0811 • Telecopier (305) 278-0812
www.MiamiBankruptcy.net

LF-93 (rev. 12/01/09)

Page 3 of 6

   c. <u>Amount of unsecured claims</u>:

      $1,420,768 owed to various insider investors; and
      $  470,000 owed to two (2) non-insider investors;

9. <u>General description and approximate value of the debtor's assets</u>:

   42 units, comprising 55,294 Net sq.ft.
   Per Quinlivan Appraisal, PA, appraisal dated June 28, 2013:
   Collateral Value:  $14,375,000 ($260/Net sq.ft.)

10. <u>List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires</u>;

    Fire/Liability:   Covers entire Project
                      Penn America Insurance Co. (Fire)
                      Lloyds (Liability)
                      Premiums are current
                      Paid in Full
                      Expires 10/25/2013

    Flood:            Covers entire Project
                      _____
                      Premiums are Current
                      Paid in Full
                      Expires ___/___/___

    Wind:             Quoted at $39,500
                      To Cover entire Project
                      Debtor will bind coverage upon entry of
                      interim order allowing use of cash
                      collateral;

11. <u>Number of employees and amounts of wages owed as of petition date</u>:

The Bankruptcy Law Offices of James Schwitalla, P.A.
Park Place II • 12954 SW 133 Court • Miami, FL 33186 • Telephone: (305) 278-0811 • Telecopier (305) 278-0812
www.MiamiBankruptcy.net

LF-93 (rev. 12/01/09)

Page 4 of 6

Three (3): Alexander Montero, Hector Obregon and Patricia Fino. No wages owed as of Petition date. Premises operated by non-debtor entity, West Airport Palms Business Park Condominium Association, Inc.

12. <u>Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A)</u>:

    No Payroll tax obligations. Montero, Obregon and Fino are 1099, and are responsible to pay their own taxes.

    Sales Tax on Commercial Rents in the amount of $4,536 is due.

13. <u>Anticipated emergency relief to be requested within 14 days from the petition date</u>:

    *Motion to Use Cash Collateral;*

    *Motion for Order Establishing Procedures for the Sale of Remaining Condominium Units*

    _____
    Alexander Montero,
    Managing Member of Managing Member, LLC

Dated: July 2, 2013.        THE BANKRUPTCY LAW OFFICES
                            OF JAMES SCHWITALLA, P.A
                            Park Place II
                            12954 SW 133 CT
                            Miami, FL 33186
                            Office (305) 278-0811

                            /s/ James Schwitalla, Esquire

The Bankruptcy Law Offices of James Schwitalla, P.A.
Park Place II • 12954 SW 133 Court • Miami, FL 33186 • Telephone: (305) 278-0811 • Telecopier (305) 278-0812
www.MiamiBankruptcy.net

LF-93 (rev. 12/01/09)

Page 5 of 6

James Schwitalla, Esquire
F.B.N. 911488
Attorney for Debtor

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.

The Bankruptcy Law Offices of James Schwitalla, P.A.
Park Place II • 12954 SW 133 Court • Miami, FL 33186 • Telephone: (305) 278-0811 • Telecopier (305) 278-0812
www.MiamiBankruptcy.net

LF-93 (rev. 12/01/09)

Page 6 of 6